No. 93–9768. MOAZZAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9770. AUMADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9771. DINGLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9772. YORK v. CAPITAL CITIES/ABC, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9774. MAROS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9775. LENIHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9776. AGUILAR v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 93–9778. GWYNN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–9779. FRASER v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–9782. ORTIZ v. HOKE. Ct. App. N. Y. Certiorari denied.

No. 93–9783. PEARSON v. SOUTHERLAND ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–9785. THOMAS v. MCMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–9786. COUSINO v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–9788. BOHUK v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–9791. FULTON v. ALLMOND, ASSOCIATE JUDGE, DISTRICT COURT OF TEXAS, GALVESTON COUNTY, ET AL. Sup. Ct. Tex. Certiorari denied.